IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN CRISS, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 2:13-cv-0685-WMA |
| } | |
| UNION SECURITY INSURANCE } | |
| COMPANY, } | |
| } | |
| Defendant. } | |

**<u>AMENDMENT TO MEMORANDUM OPINION AND ORDER
OF JUNE 11, 2014</u>**

On pages 8 and 9 of the memorandum opinion and order entered on June 11, 2014, in the section entitled "The Six-Part Test" appears the following sentence:

> Only if the court determines that the decision was *de novo* correct does the court go to "step two", or beyond.

The word "correct" was incorrect. The word should have been "wrong". Accordingly, the word "wrong" is hereby SUBSTITUTED for the word "correct" in the said sentence, and the opinion and order is AMENDED accordingly.

DONE this 19th day of June, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE